No. 02–5890. BECKWITH v. COMMUNICATIONS WORKERS OF AMERICA. C. A. 11th Cir. Certiorari denied.

No. 02–5891. ALVARO PRIETO v. COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Certiorari denied.

No. 02–5894. EDMOND v. ANDERSON ET AL. Ct. App. Miss. Certiorari denied.

No. 02–5910. SIMS v. HICKMAN, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 02–5925. BOOTH-EL v. NUTH, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 02–5929. PABST v. KANSAS. Sup. Ct. Kan. Certiorari denied.

No. 02–5939. ZHARN v. BARNHART, COMMISSIONER OF SOCIAL SECURITY. C. A. 6th Cir. Certiorari denied.

No. 02–5946. SMITH v. VARNER, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT SMITHFIELD. C. A. 3d Cir. Certiorari denied.

No. 02–5949. ROGERS v. BECK, SUPERINTENDENT, NORTH CAROLINA DEPARTMENT OF CORRECTION. C. A. 4th Cir. Certiorari denied.

No. 02–5950. WATSON v. LUCKETT ET AL. C. A. 8th Cir. Certiorari denied.

No. 02–5963. JOHNS v. KYLER, SUPERINTENDENT, HUNTINGDON CORRECTIONAL INSTITUTION. C. A. 3d Cir. Certiorari denied.

No. 02–5971. TRAVIS v. MEYERS, SUPERINTENDENT, STATE CORRECTIONAL INSTITUTION AT ROCKVIEW, ET AL. C. A. 3d Cir. Certiorari denied.

No. 02–5978. MURPHY v. GALAZA, WARDEN. C. A. 9th Cir. Certiorari denied.